**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

STEFAN JOSEPH LEER,

CASE NO. 26-00149
CHAPTER 7
JUDGE Nancy B King

Debtor(s).

> **THE DEADLINE FOR FILING A TIMELY RESPONSE IS: March 4, 2026**
>
> **IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE HELD ON: March 17, 2026 at 9:00 AM at Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN, 37203. (Virtual appearances at hearing only if allowed; See website for details.)**

The relief described below is being requested from the Court. **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to grant this request, you or your attorney must file a response or objection by the deadline, explaining why you are opposed. **If a response or objection is not filed, the Court may grant the request without a hearing.** Any response must identify the motion to which you are responding and state the response deadline and hearing date.

The Court's filing requirements and instructions can be located on the Court's website at www.tnmb.uscourts.gov/9013. If you need assistance, you may call the Bankruptcy Court at (615) 736-5584 or visit the Bankruptcy Court in person at 701 Broadway, 1st Floor, Nashville, TN during operating hours.

## TRUSTEE'S APPLICATION TO EMPLOY EVA M. LEMEH, ATTORNEY AT LAW, AS ATTORNEY FOR THE TRUSTEE

Comes Eva M. Lemeh, Trustee ("Trustee"), and respectfully represents the following to the Court:

1. The above-referenced bankruptcy case was filed on 01/14/2026. Trustee was duly appointed as trustee for the above-captioned estate and duly qualified on 01/14/2026.

2. The Trustee requests approval of this Court to employ Eva M. Lemeh, Attorney at Law ("Law Firm"), 380 Spring Creek Road, Lebanon TN 37087, to represent the Trustee in the above-captioned case. The employment of this attorney will take effect on 02/10/2026 since the trustee has been reviewing information and documents and now there is a need to start doing legal work and is waiting to receive more information and documentation to review.

3. The Trustee requests the Law Firm be approved to render the following services:

a. Preparing pleadings and proposed orders to be submitted to the Court;

b. Identifying and prosecuting claims, contested matters and causes of action on behalf of the estate;

c. Prosecuting objections to proofs of claims and motions for administrative expenses;

d. Preparing documents in connection with the liquidation of assets of the estate, but excluding non-litigation services related to collection of accounts receivable;

e. Conducting title searches and conducting the closing of real estate transactions regarding property of the estate; and

f. Providing legal services required in the performance of the Trustee's administrative tasks.

4. The Trustee has selected Law Firm as counsel because of its attorney's extensive experience and knowledge in the fields of bankruptcy, insolvency and Debtor(s) and creditor rights. Accordingly, the Trustee believes the Law Firm is well qualified to represent her in this case. In most asset cases and in some no-asset cases, the Trustee evaluates legal issues in the course of her fiduciary obligation from the meeting of creditors to the review of records of the debtors to evaluation of exemptions and other potential adversary proceedings. In addition to the efficiency involved, the estate is the beneficiary of some unbilled legal work in most asset cases for which a private attorney in the Middle District of Tennessee would likely bill. The Trustee tracks in writing her attorney time in asset cases and updates asset case reports on a regular basis.

5. The current billing rates of the Law Firm are as follows: $450.00 per hour for time of Eva M. Lemeh, Attorney; and $225.00 per hour for time of paralegals; plus

reimbursement of actual expenses. These rates may be subject to periodic increases. No compensation will be paid to any of these persons from funds of the estate except upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure; the Local Rules of Court and the United States Trustee Fee Guidelines.

      6.    The Trustee is the senior partner of the Law Firm. The Trustee may on occasion provide some of the legal services identified in paragraph 3.

      7.    The employment of the Law Firm is in the best interest of the estate. Further, the Law Firm is a disinterested person within the meaning of 11 U.S.C. §101(14).

      8.    The Trustee may hire Thompson Burton PLLC to represent the Trustee if needed.

WHEREFORE, the Trustee requests that she be authorized to employ Eva M. Lemeh, Attorney at Law, as attorney for the Trustee, and for such other relief as is necessary and appropriate.

*/s/ Eva M. Lemeh, Trustee*
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, TN 37087
(615) 498-5162; (615) 691-7382 (fax)
emltrustee61@gmail.com

## STATEMENT OF DISINTERESTEDNESS

      I, Eva M. Lemeh, hereby verify under penalty of perjury that the statements contained in the foregoing Application are true and correct to the best of my knowledge, information, and belief, and that I have conducted a conflicts check and Eva M. Lemeh, Attorney at Law, has no connection with the Debtor, the creditors, any other party in interest (other than the Trustee), or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except for the fact that I am a member of the Chapter 7 Panel of Trustees, which is appointed by the United States Trustee as well as a member of the law firm for which employment is sought.

                                                          */s/ Eva M. Lemeh*
                                                          Eva M. Lemeh

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the Application to Employ, *proposed* Order Granting Application to Employ and Notice of Application was served upon the U.S. Trustee, Debtor, Debtor's Attorney, and to all those shown on the mailing matrix which is attached to the original of this document and on file in the office of the Clerk of this Court, on February 11, 2026.

              */s/ Eva M. Lemeh*
              Eva M. Lemeh

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEFAN JOSEPH LEER, | ) | BK No. 26-00149-NBK3-7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## *PROPOSED* ORDER AUTHORIZING THE TRUSTEE TO EMPLOY EVA M. LEMEH, ATTORNEY AT LAW

Upon the Application of Eva M. Lemeh, Trustee, for approval to employ Eva M. Lemeh, Attorney at Law, as attorney for the Trustee, and it appearing that said attorney represent no interest adverse to the bankruptcy estate, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no adverse interest appearing or objections having been filed;

IT IS HEREBY ORDERED that Eva M. Lemeh, Trustee, is authorized to employ Eva M. Lemeh, Attorney at Law, as attorney to represent the Trustee as counsel in this matter.

IT IS FURTHER ORDERED that counsel for the Trustee shall make application to the Court for approval of all compensation pursuant to 11 U.S.C. §§ 330, 331, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the United States Trustee Fee Guidelines.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Eva M. Lemeh, Trustee*
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, TN 37087
(615) 498-5162; (615) 691-7382 (fax)
emltrustee61@gmail.com

701 Broadway Room 170
Nashville, TN 37203-3979

Andrew Hennen
546 Iron Wood Drive
Salem, OR 97312-0001

Bantam Investments LLC
c/o Phillip Allan Trajan Perex / Miller
340 Golden Shore, Suite 450
Long Beach, CA 90802-4229

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Bradley Slighting
Slighting Law
1707 Village Center Circle, Suite 100
Las Vegas, NV 89134-0515

Brighthouse Life Ins Co.
1209 Orange Street
Wilmington, DE 19801-1120

Cap West Income, LLC
c/o CapFactor, LLC
2009 E Windmill Lane
Las Vegas, NV 89123-2043

CapFact or LLC
2009 E Windmill Lane
Las Vegas, NV 89123-2043

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Charles Kirkland
Charles Kirkland Companies, LLC
5402 S 40th Street
Phoenix, AZ 85040-3919

Clark County Superior Court
1200 Franklin Street
Vancouver, WA 98660-2812

Craig Walker
American River AG
P O Box 4452
El Dorado Hills, CA 95762-0018

Craig Walker
4263 Cordero Drive
El Dorado Hills, CA 95762-7600

Dana Amato
c/o Mike Schern
1640 S Stapley Drive Suite 132
Mesa, AZ 85204-6673

Daniel and Tory Klein
410 Mont Ridge Way
El Dorado Hills, CA 95762-7207

David Baird
Yolo Movement LLC
13593 Fox Glove Way
San Diego , CA 92130-5661

David Fogel
1225 Franklin Avenue, Suite 522
Garden City, NY 11530-1753

Davidson County Chancery
1 Public Square, Suite 308
Nashville, TN 37201-5000

District Court Clark County
200 Lewis Avenue
Las Vegas, NV 89155-0001

Edward Maxson Mago & Maculay
444 W Lake Street, 17th Floor
Chicago, IL 60606-0010

EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Equifax Information Services LLC
P O Box 740256
Atlanta, GA 30374

Eric Brady
c/o Vantage Capital
304 S. Jones Blvd, Ste 370
Las Vegas, NV 89107-2623

Experian
P O Box 4500
Allen, TX 75013-1311

Fred Stevens
200 West 41st Street, 17th Floor
New York, NY 10036-7219

| | | |
|---|---|---|
| GFE NY LLC<br>220 Park Avenue<br>Florham Park, NJ 07932-1047 | Grant Phillips<br>670 Long Beach Blvd<br>Long Beach, NY 11561-2237 | Greg and Wendy Herman<br>c/o Gullett Sanford Robinson & Martin<br>150 3rd Avenue South, Suite 1700<br>Nashville, TN 37201-2041 |
| Greg Herlean<br>c/o CapFactor, LLC<br>20096 E Windmill Lane<br>Las Vegas, NV 89123 | Gregg and Wendy Martin<br>c/o Grant/Shenon<br>A Professional Law Corporation 15165 Ve<br>Sherman Oaks, CA 91403 | Gregory Herman<br>2811 Great Basin Avenue<br>Winnemucca, NV 89445-3760 |
| Gurpreet & Kuldeep Dhatt<br>501 S Cherokee Lane<br>Lodi, CA 95240-4233 | Helder & Lori Garcia<br>5121 Tully Road<br>Modesto, CA 95356-9106 | Jeff Beach<br>Beach Corp Beach Funding, LLC<br>7114 E. Stetson Drive, Suite 400<br>Scottsdale, AZ 85251-3252 |
| Jeff Beach<br>12140 N 76th Court<br>Scottsdale , AZ 85260-5583 | Jennifer Pursley<br>17168 Newhope St #218<br>Fountain Valley, CA 92708-8217 | John Hannock Life Ins Co.<br>2900 West Road Ste 500<br>East Lansing, MI 48823-6386 |
| Josh Fields<br>12140 N 76th Court<br>Scottsdale , AZ 85260-5583 | Justin Phillips<br>61393 Cultus Lake<br>Bend, OR 97702-9275 | KEITH DAVID SLOCUM<br>Slocum Law<br>370 Mallory Station Road Suite 504<br>Franklin, TN 37067 |
| Kirk Walker<br>Nevada Walker PLLC<br>400 4th Street, Ste 500<br>Las Vegas, NV 89101-6207 | Los Angeles County Superior Court<br>111 North Hill Street<br>Los Angeles, CA 90012-3115 | Mark Campbell<br>12509 Vista Ranch Way<br>Fort Worth, TX 76179 |
| Matt Troy<br>1703 SW Schaeffer<br>West Linn, OR 97068-8637 | McKenna Brink Signorotti<br>1350 Treat Blvd, Suite 105<br>Walnut Creek, CA 94597 | MCKENNA BRINK SIGNOROTTI LLP<br>1350 TREAT BLVD<br>SUITE 105<br>WALNUT CREEK CA 94597-7959 |
| Merchant Advance LLC<br>101 Crawfords Corner Road, Ste 4206<br>Holmdel, NJ 07733-1985 | Michael & Sheila Schwartz<br>Mas Investments<br>3197 Gateway Loop<br>Springfield, OR 97477 | Neilesh Dasai<br>PNKA LLC<br>319 Riesling Court<br>Fremont, CA 94539 |
| New York County Courthouse<br>60 Centre Street<br>New York, NY 10007-1402 | Patricia Fields<br>26939 Hardy Run<br>Boerne, TX 78015-6581 | Pearl Beta Funding LLC<br>55 Almeria Ave, 2nd Floor<br>Miami, FL 33134-6118 |

Ricardo Orazetti
Orazetti, Inc
2232 East 45th Place
Tulsa, OK 74105-4218

Ronald Beach
937 NW Glisan St #1633
Portland, OR 97209-3267

Ross & Stephanie Kranz
61820 Gosney Road
Bend, OR 97702-9270

Ryan Wert
Brightstar Ins Partners
4590 Mac Aurther Blvd Suite 175
Newport Beach, CA 92660-2071

Schwartz Law
601 East Bridger Avenue
Las Vegas, NV 89101-5807

Shawn & Ashley Rybar
7000 Loma Alta Court
Las Vegas, NV 89180

Spectrum
c/o McKenna Brink Signorotti
1350 Treat Blvd, Suite 105
Walnut Creek, CA 94597-7959

Spin Capital, LLC
Wells Law PC
229 Warner Road
Lancaster, NY 14086-1040

State of California
Franchise Tax Board
P O Box 942867
Sacramento, CA 94267-0011

Stefan Joseph Leer
5436 Granny White Pike
Brentwood, TN 37027-4102

Steve Burn
c/o CapFactor, LLC
2009 E Windmill Lane
Las Vegas, NV 89123-2043

Steve Little
CapFactor LLC
2009 Windmill Lane
Las Vegas, NV 89123-2043

Steven Little
c/o CapFactor, LLC
2009 E Windmill Lane
Las Vegas, NV 89123-2043

Superior Court of California
County of San Mateo
800 North Humboldt Street
San Mateo, CA 94401-1406

Tatanisha Leer
5436 Granny White Pike
Brentwood, TN 37027-4102

Teton Life LLC
108 W 13th Street, Suite 100
Wilmington, DE 19801-1145

Theodore Jon Cohen
112 West 34th Street, 18th Floor
New York, NY 10120-0001

Thomas Bazan
1242 Marina Circle
Discovery Bay, CA 94505-9481

TJ Toney
22155 Rickard Road
Bend, OR 97702-9294

TransUnion Consumer Solutions
P O Box 2000
Chester, PA 19016-2000

US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

Vantage Enterprise, LLC
1312 Hymettus Avenue
Encinitas, CA 92024-1746

Vantage Holdings, LLC
c/o Slighting Law
1707 Village Center Circle, Suite 100
Las Vegas, NV 89134-0515

Vincent J. Aeillo
Spencer Fane, LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101-6019

Watchtv
c/o McKenna Brink Signorotti
1350 Treat Blvd, Suite 105
Walnut Creek, CA 94597-7959

Wendy Herman
2811 Great Basin Avenue
Winnemucca, NV 89445-3760

West Coast Income, LLC
c/o CapFactor, LLC
2009 E Windmill Lane
Las Vegas, NV 89123-2043

Westwood Funding
515 E Las Olas Blvd Suite 1600
Fort Lauderdale, FL 33301-2282

White and Williams
1650 Market Street, One Liberty Place, S
Philadelphia, PA 19103