# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

IN RE:                 )
                        )

STEFAN JOSEPH LEER ,     )     Case No. 3:26-bk-00149
(SSN XXX-XX-2114)         )     (Chapter 7)
                        )     Judge Nancy B. King

      Debtor.           )

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
_____

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney hereby files an appearance in the above-captioned case for Teton Life LLC . In addition to the notices and orders to which Teton Life LLC is a party, please provide:

   __X__         a copy of all notices mailed in the case; or

   _____         a copy of notices mailed to all creditors.

Dated: March 6, 2026.

                    Respectfully submitted,

                    */s/ Joseph P. Rusnak*
                    Joseph P. Rusnak
                    **TUNE, ENTREKIN & WHITE, P.C.**
                    Capitol View, Suite 600
                    500 11th Avenue North
                    Nashville, TN 37203
                    (615) 244-2770 Voice
                    (615) 244-2778 Fax
                    Jrusnak@tewlawfirm.com

                    Attorneys for Teton Life LLC

## *<u>Certificate of Service</u>*

I hereby certify that on March 6, 2026 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: March 6, 2026.

  */s/ Joseph P. Rusnak*  
Joseph P. Rusnak

*H:\JPRAssistant\JPR\Teton Life\NotAppear.wpd*