# EXHIBIT A

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:   **HON. NANCY M. BANNON**              PART                    61M

                                        *Justice*

-------------------------------------------------------------------------------X

TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF          **INDEX NO.**          650582/2022
SPIN CAPITAL, LLC,

                 Plaintiff,                           **MOTION DATE**          2/5/2025

          - v -                                  **MOTION SEQ. NO.**   027 028 029

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al

        Defendants.                            **INTERIM ORDER
                                        BANKRUPTCY STAY**

-------------------------------------------------------------------------------X


GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,                 Third-Party
                                                      Index No.  595367/2022
          Plaintiffs,

       -against-

SPIN CAPITAL, LLC, AVRUMI LUBIN

        Defendants.

-------------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 027) ---
were read on this motion to/for           ENFORCE/EXEC JUDGMENT OR ORDER           .

The following e-filed documents, listed by NYSCEF document number (Motion 028) ----
were read on this motion to/for                 STRIKE PLEADINGS                 .

The following e-filed documents, listed by NYSCEF document number (Motion 029) ----
were read on this motion to/for                 SUMMARY JUDGMENT                 .


    It is hereby


    ORDERED that, upon the notice of bankruptcy filed by the defendant Stefan Leer in the
United States Bankruptcy Court for the Middle District of Tennessee, docket number 3:26-bk-
00149, on January 14, 2026 (NYSCEF Doc. No. 970), this action is **stayed** pursuant to 11
U.S.C. § 362 during the pendency of that defendant's Chapter 7 bankruptcy proceedings, and it
is further

Case 3:26-bk-00149   Doc 21-1   Filed 03/06/26   Entered 03/06/26 13:38:03   Desc
Exhibit Interim Order Bankruptcy Stay   Page 2 of 3
2 of 2

ORDERED that the receiver's motion to enforce a contempt order against defendant Stefan Leer (MOT SEQ 027), the plaintiff's motion to strike defendant Stefan Leer's answer (MOT SEQ 028), and the plaintiff's motion for summary judgment (MOT SEQ 029) are held in abeyance pending the stay, and it is further

ORDERED that the parties shall promptly inform the Court of any final disposition in the above action or a lifting, vacatur or modification of the stay; and it is further

ORDERED that all parties shall appear for a status conference on July 9, 2026, at 11:00 a.m., and it is further

ORDERED that the bankruptcy debtor/defendant Stefan Leer is directed to serve a copy of this order with notice of entry on the Clerk of the General Clerk's Office (60 Centre Street, Room 119) within ten (10) days from entry, and the Clerk shall mark this action **stayed.**

This constitutes the order of the court.

NANCY M. BANNON, J.S.C.
HON. NANCY M. BANNON

_____
1/15/2026
**DATE**

| CHECK ONE: | | CASE DISPOSED | | X | NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|---|
| | | GRANTED | DENIED | | GRANTED IN PART | X OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | REFERENCE |

**650582/2022 TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF SPIN CAPITAL, LLC, vs.** Page 2 of 2
**GOLDEN FOOTHILL INSURANCE SERVICES, LLC ET AL**
**Motion No. 027 028 029**

Case 3:26-bk-00149    Doc 21-1    Filed 03/06/26    Entered 03/06/26 13:38:03    Desc
Exhibit Interim Order Bankruptcy Stay    Page 3 of 3