**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STEFAN JOSEPH LEER,** | ) | **Case No. 3:26-bk-00149** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | **Judge King** |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on April 2, 2026 a true and correct copy of the Order Directing Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 51), was sent by email to all parties shown on the attached mailing matrix and that on the 6th day of April, 2026, a true and correct copy of the Order Directing Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 51), was sent by U.S. Mail, postage pre-paid, to all parties shown on the attached mailing matrix.

DATED: April 6, 2026

Respectfully submitted:

***/s/ William C. Scales, Jr.***

William C. Scales, Jr., # 036457
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 3rd Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 – Phone
(615) 256-6339 – Fax
wscales@gsrm.com

*Counsel for Wendy Herman,*
*Gregory Herman, WatchTV, Inc.,*
*and Spectrum Evolution, Inc.*

Jeffrey Grasl
Office of the U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Jeffrey.s.grasl@usdoj.gov

Phillip Young
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
phillip@thompsonburton.com

Keith D. Slocum
370 Mallory Station Road, Suite 504
Franklin, TN 37067
keith@keithslocum.com