**SO ORDERED.**
**SIGNED 23rd day of April, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Nancy B. King**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **STEFAN JOSEPH LEER,** | ) | **Case No. 3:26-bk-00149** |
| | ) | **Chapter 7** |
| | ) | **Judge Nancy B. King** |
| **Debtor.** | ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATION
## OF DEBTOR AND REQUEST FOR DOCUMENTS

THIS CASE came before the Court without hearing on the Motion for an Order Authorizing Rule 2004 Examination and Document Requests of the Debtor (Doc. No. 60) (the "Motion") brought by Fred Stevens (the "Receiver"), in his capacity as receiver in the matter of *Teton Life LLC v. Golden Foothill Ins. Svcs., LLC, et al.,* Index No. 650582/2022 (N.Y.S. Sup. Ct.) (Hon. Nancy M. Bannon, J.S.C.) (the "Receiver"). After reviewing the pleadings and finding that the Motion has merit, it is

**ORDERED:**

1

1. The Motion (Doc. No. 60) is **GRANTED.**

2. The Debtor must produce the Requested Discovery, as defined in the Motion, on or before May 22, 2026.

3. The Debtor must appear for a Rule 2004 examination at Nelson Mullins, 1222 Demonbreun Street, Suite 1700, Nashville, TN 37203, on June 8, 2026 at 9:00 a.m., or a date to be agreed upon by counsel.

**This order was signed and entered electronically as indicated at the top of the page.**

APPROVED FOR ENTRY:

By:  /s/ *Shane G. Ramsey*
Shane G. Ramsey
1222 Demonbreun Street, Suite 1700
Nashville, Tennessee 37203
Telephone: (615) 664-5355
Facsimile: (615) 664-5399
Email: shane.ramsey@nelsonmullins.com

*Attorneys for Fred Stevens, in his capacity*
*as receiver in the matter of Teton Life LLC*
*v. Golden Foothill Ins. Svcs., LLC, et al.,*
*Index No. 650582/2022 (N.Y.S. Sup. Ct.)*
*(Hon. Nancy M. Bannon, J.S.C.)*

2