# UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE _____ District of \_\_\_\_TENNESSEE_____

In re  STEFAN JOSEPH LEER_____

 Debtor

 *(Complete if issued in an adversary proceeding)*

_____

 Plaintiff

 v.

_____

 Defendant

Case No.  3:26-BK-00149_____

Chapter \_\_7_____

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  BANK OF THE WEST, Attn: Custodian of Records_____

 *(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED SUBPOENA DUCES TECUM

| PLACE | DATE AND TIME |
|---|---|
| 5830 Granite Parkway, Suite 1000, Plano, TX 75024 | May 19, 2026 1:00PM |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

 The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  04/23/2026

 CLERK OF COURT

 OR

_____      _____

 *Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Fred Stevens, in his capacity as receiver* , who issues or requests this subpoena, are: Shane G. Ramsey and Woods Drinkwater, Nelson Mullins Riley & Scarborough LLP, 1222 Demonbreun Street, Ste 1700, Nashville, TN 37203, (615)664-5355, shane.ramsey@nelsonmullins.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

*in the matter of Teton Life LLC v. Golden Foothills Ins. Svcs., LLC, et. al, Index No. 60585/2022 (N.Y.S. Sup. Ct.)(Hon. Nancy M. Bannon, J.S.C.)

# PROOF OF SERVICE
## (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Bank of the West_____
on *(date)* __04/23/2026__ .

[X] I served the subpoena by delivering a copy to the named person as follows: __Stephen J. Segal, Registered Agent_____

__108 West Northwest Highway, Grapevine, TX 76051 by certified mail, return receipt requested_____

_____ on *(date)* __04/30/2026_____ ; or

[ ] I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ __n/a_____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true

Date: 5/4/26

_____ [signature] _____

*Server's signature*

Woods Drinkwater, Attorney for Fred Stevens, in his capacity as Receiver
_____

*Printed name and title*

Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
_____

*Server's address*

Additional information concerning attempted service, etc.:

# USPS Tracking®

**Tracking Number:**                                      Remove ✕

## 9414726699042231083529

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:41 am on April 30, 2026 in GRAPEVINE, TX 76051.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

GRAPEVINE, TX 76051
April 30, 2026, 10:41 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs