**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26-00149** |
| | ) | |
| **STEFAN LEER,** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Judge Nancy B. King** |

**MOTION FOR ENTRY OF AGREED ORDER EXTEND**
**DEADLINE TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**

The U.S. Trustee, Region 8, files this *Motion for Entry of Agreed Order to Extend Deadline to File a Complaint Under 11 U.S.C. § 727* in the above captioned case. The Debtors, through their counsel, have agreed to an additional extension of the deadline to allow the U.S. Trustee or the Chapter 7 Trustee time to determine if cause exists to file a complaint to deny discharge pursuant to 11 U.S.C. §727. No hearing is necessary on this Motion.

WHEREFORE**,** the U.S. Trustee respectfully requests that the Court grant this Motion and enter the attached agreed order.

Respectfully submitted,

**PAUL RANDOLPH**
Acting U.S. Trustee, Region 8

**/s/ Jeffrey S. Grasl**
JEFFREY S. GRASL
Trial Attorney, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
T: 202-573-6964
E: jeffrey.s.grasl@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 26-00149** |
| **STEFAN LEER,** | **Chapter 7** |
| **Debtor.** | **Judge Nancy B. King** |

**AGREED ORDER TO EXTEND DEADLINE TO FILE A COMPLAINT UNDER 11 U.S.C. § 727**

NOW COMES the Debtor, by and through undersigned counsel, and the Office of the U.S. Trustee, and herein files the following agreed order, after agreement by the parties whose signatures appear below.

IT IS STIPULATED:

A. That the date for the U.S. Trustee and/or the Chapter 7 Trustee to file a complaint under 11 U.S.C. § 727 shall be extended through January 30, 2027.

IT IS, THEREFORE, ACCORDINGLY ORDERED:

1. That the date for the U.S. Trustee and/or the Chapter 7 Trustee to file a complaint under 11 U.S.C. § 727 shall be extended through January 30, 2027.

2. Nothing in this Order shall preclude the request for further extensions of time.

***SO ORDERED***

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

*/s/ Keith Slocum*

KEITH SLOCUM
370 Mallory Station Rd., Suite 504
Franklin TN 37067
T: 615-656-3344
E: keith@keithslocum.com

*/s/ Jeffrey S. Grasl*

JEFFREY S. GRASL
Trial Attorney, U.S. Trustee Program
701 Broadway, Suite 318
Nashville, TN 37203
T: 202-573-6964
E: jeffrey.s.grasl@usdoj.gov