**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **STEFAN JOSEPH LEER,** | ) | **Case No. 3:26-bk-00149** |
| | ) | **Chapter 7** |
| | ) | **Judge Nancy B. King** |
| **Debtor.** | ) | |

**THIRD AGREED MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE OR TO THE DISCHARGEABILITY OF DEBTS**

Fred Stevens, in his capacity as receiver in the matter of *Teton Life LLC v. Golden Foothill Ins. Svcs., LLC, et al.,* Index No. 650582/2022 (N.Y.S. Sup. Ct.) (Hon. Nancy M. Bannon, J.S.C.) (the "Receiver"), by and through the undersigned counsel with the agreement of the Debtor, move the Court to extend the deadline to file a complaint objecting to the Debtor's discharge under § 727 or to the dischargeability of debts under § 523 to and including February 8, 2027 and in support states as follows:

1. On January 4, 2023, Fred Stevens was appointed temporary receiver in the matter of *Teton Life LLC v. Golden Foothill Ins. Svcs., LLC, et al.,* Index No. 650582/2022 (N.Y.S. Sup. Ct.) (Hon. Nancy M. Bannon, J.S.C.) (the "New York Litigation").

2. On January 14, 2026, Stefan Joseph Leer ("Debtor") filed a petition for relief under chapter 7 of the Bankruptcy Code.

3. On January 21, 2026, the Receiver moved in the New York Litigation to retain the undersigned attorney as counsel with respect to the Debtor's bankruptcy to pursue its rights in bankruptcy court in connection with a judgment against the Debtor and in favor of the Receiver.

4. On March 19, 2026, the court in the New York Litigation entered an order allowing the Receiver to retain bankruptcy counsel and proceed in this bankruptcy case to the fullest extent allowed by the Bankruptcy Code.

5. Pursuant to Federal Rules of Bankruptcy Procedure 4004(a)(1) and 4007(c), a complaint objecting to a discharge or to determine whether a debt is dischargeable under §523(c) must be filed within 60 days after the first date set for the §341(a) meeting of creditors.

6. The first date set for the §341(a) meeting of creditors was February 9, 2026 meaning the original deadline to object was April 10, 2026.

7. On April 1, 2026, the Court entered an Agreed Order Extending Deadline for Fred Stevens, as Receiver, to File an Objection to the Debtor's Discharge or to the Dischargeability of Debtor (ECF No. 47), extending the deadline for the Receiver to file an objection to discharge or the dischargeability of debt to August 11, 2026.

8. On June 1, 2026, the Court entered a Second Agreed Order Extending Deadline for Fred Stevens, as Receiver, to File an Objection to the Debtor's Discharge or to the Dischargeability of Debtor (ECF No. 73), extending the deadline for the Receiver to file an objection to discharge or the dischargeability of debt to November 9, 2026.

9. Fed. R. Bankr. P. 4004(b)(1) and 4007(c) allow for an extension of the time to object to a discharge or the dischargeability of debts for good cause shown.

10. As good cause shown, the Receiver has agreed to continue the Rule 2004 Examination of the Debtor until October 28, 2026 and submits that he will need additional time to investigate the Debtor's financials in order to determine whether there is a basis to bring a complaint objecting to Debtor's discharge or non-dischargeability of debts.

11. Further, the Receiver submits as good cause that such extension is agreed to by the Debtor.

12. A proposed order granting the motion is attached as Exhibit "A" to this motion.

**WHEREFORE,** the Receiver requests that the Court enter an order granting his motion, extending the deadline to file a complaint objecting to Debtor's discharge and to the dischargeability of debts to and including February 8, 2027, and for such other relief as is just and proper.

Dated: August 12, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Shane G. Ramsey*
Shane G. Ramsey
Tennessee Bar No. 035528
1222 Demonbreun Street, Suite 1700
Nashville, Tennessee 37203
Telephone: (615) 664-5355
Facsimile: (615) 664-5399
Email: shane.ramsey@nelsonmullins.com

*Attorneys for Fred Stevens, in his capacity as receiver in the matter of Teton Life LLC v. Golden Foothill Ins. Svcs., LLC, et al., Index No. 650582/2022 (N.Y.S. Sup. Ct.) (Hon. Nancy M. Bannon, J.S.C.)*

## Certificate of Service

I certify that on August 12, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Middle District of Tennessee.

/s/ *Shane G. Ramsey*
Shane G. Ramsey

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **STEFAN JOSEPH LEER,** | ) | **Case No. 3:26-bk-00149** |
| | ) | **Chapter 7** |
| | ) | **Hon. Nancy B. King, USBJ** |
| **Debtor.** | ) | |

**THIRD AGREED ORDER EXTENDING DEADLINE FOR FRED STEVENS, AS RECEIVER, TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE OR TO THE DISCHARGEABILITY OF DEBTOR UNDER 11 U.S.C. §§ 523 AND/OR 727**

This matter came before the Court on Fred Stevens's, in his capacity as receiver in the matter of *Teton Life LLC v. Golden Foothill Ins. Svcs., LLC, et al.*, Index No. 650582/2022 (N.Y.S. Sup. Ct.) (Hon. Nancy M. Bannon, J.S.C.) (the "Receiver") Third Agreed Motion to Extend Time to File a Complaint Objecting to the Debtor's Discharge or to the Dischargeability of Debts (the "Motion"). As evidenced by the signatures below, the parties have agreed to extend the deadline for the Receiver to file a complaint objecting to Debtor's discharge or the dischargeability of debts to and including February 8, 2027. After reviewing the pleadings and considering the agreement of the parties, it is

ORDERED that the deadline for the Receiver to file an objection to discharge or to the dischargeability of debt pursuant to 11 U.S.C. §§ 523 and/or 727 is hereby extended to and including February 8, 2027.

**This order was signed and entered electronically as indicated at the top of the page**

Approved for Entry:

WE STIPULATE AND CONSENT TO THE ENTRY HEREOF:


**FRED STEVENS, AS RECEIVER**

By: */s/ Fred Stevens*
Fred Stevens
c/o Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Email: fstevens@klestadt.com

**SLOCUM LAW**

By: */s/ Keith D. Slocum (by permission)*
Keith D. Slocum
370 Mallory Station Road, Suite 504
Franklin, TN 37067
Tel: (615) 678-6960
Email: Keith@KeithSlocum.com

*Attorneys for the Debtor*

By: /s/ *Shane G. Ramsey*
Shane G. Ramsey
Tennessee Bar No. 035528
1222 Demonbreun Street, Suite 1700
Nashville, Tennessee 37203
Telephone: (615) 664-5355
Facsimile: (615) 664-5399
Email: shane.ramsey@nelsonmullins.com