Form hrgnot

**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:26−bk−00149
Chapter 7
Judge Nancy B King

In Re:
Stefan Joseph Leer
5436 Granny White Pike
Brentwood, TN 37027

Social Security No.
xxx−xx−2114

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 3 (Virtual hearing if allowed, see website for details), 701 Broadway, Nashville, TN 37203 on 10/13/26 at 09:00 AM

to consider and act upon the following:

***96*** − Vantage's Motion and Notice to Compel. (Attachments: # 1 Exhibit A − Letters) Filed on the behalf of: Creditors Eric Brady, Vantage Enterprise, LLC, Vantage Holdings, LLC (RE: related document(s)68, 69). (ABELOW, MICHAEL)

Dated: 9/18/26

/s/ Vanessa A Lantin
Clerk, U.S. Bankruptcy Court