# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 26-00149
**Case Name:** LEER, STEFAN JOSEPH
**For the Period Ending:** 09/30/2026

**Trustee Name:** Eva M. Lemeh
**Date Filed (f) or Converted (c):** 01/14/2026 (f)
**§341(a) Meeting Date:** 02/09/2026
**Claims Bar Date:** 01/05/2027

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Gun (2) | $500.00 | $0.00 | | $0.00 | FA |
| 2 | Personal clothing and accessories | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Wedding band | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Checking Synovus Bank | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Life Shares II, LLC/owns life policy's - issue in pending litigation (spin capital) 100% % | $6,650,000.00 | $6,650,000.00 | | $0.00 | $6,650,000.00 |
| 6 | Life Shares 1019 LLC / Owned by Life Shares II, LLC - Investors owed $9,700,00.00 % | $9,655,229.00 | $9,655,229.00 | | $0.00 | $9,655,229.00 |
| 7 | Life Factor II LLC 100% % | $0.00 | Unknown | | $0.00 | Unknown |
| 8 | The Leer Living Trust - 50% - no assets transferred to trust | $0.00 | Unknown | | $0.00 | Unknown |
| | **TOTALS (Excluding unknown value)** | **$16,306,579.00** | **$16,305,229.00** | | **$0.00** | **Gross Value of Remaining Assets** **$16,305,229.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 26-00149
**Case Name:** LEER, STEFAN JOSEPH
**For the Period Ending:** 09/30/2026

**Trustee Name:** Eva M. Lemeh
**Date Filed (f) or Converted (c):** 01/14/2026 (f)
**§341(a) Meeting Date:** 02/09/2026
**Claims Bar Date:** 01/05/2027

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

09/30/2026 atty young has been contacted by an attorney regarding a bankruptcy filed that may effect this case
08/15/2026 2004 depos still being taken by creditors
07/29/2026 2004 held; email from Jeff Grasl ; emailed atty Young for update
06/11/2026 2004s continued
05/14/2026 request for 2004s have been filed
04/16/2026 Atty young has spoken to atty in receivership re: offer to purchase estate's interest in life insurance business
03/18/2026 waiting for creditors to conduct 2004s
02/03/2026 tcw Ross Cranz 503-381-5293 may have info/docs to send me re assets
01/18/2026 emailed debtor's atty:

. I need additional information on the assets listed below, in particular why they are listed as assets:

Life Shares II, LLC/owns life policy's - issue in pending litigation (spin capital)

Life Shares 1019 LLC / Owned by Life Shares II, LLC - Investors owed $9,700,00.00

**Initial Projected Date Of Final Report (TFR):** 12/31/2028 **Current Projected Date Of Final Report (TFR):** 12/31/2028

/s/ EVA M. LEMEH
EVA M. LEMEH